IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO.  05-432 |
| vs. | : | |
| | : | CIVIL ACTION |
| NELKIS GUTIERREZ-GAINZA | : | NO. 09-2613 |

**O R D E R**

**AND NOW**, this 10th day of August, 2009, upon consideration of the *pro se* Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 filed by petitioner, Nelkis Gutierrez-Gainza (Document No. 160, filed June 8, 2009), and the Government's Response, for the reasons set forth in the attached Memorandum, **IT IS ORDERED** that the *pro se* Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 filed by petitioner, Nelkis Gutierrez-Gainza, is **DENIED**.

BY THE COURT:

/s/ Jan E. DuBois
JAN E. DUBOIS, J.